# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

HENRY WILLIAM LEGAREY,                )
                                                              )
                    Plaintiff,                            )
                                                              )          NO.  CV-11-138-JPH
             vs.                                            )
                                                              )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                      )                    **CIVIL CASE**
Commissioner of Social Security,       )
                                                              )
                    Defendant.                         )
                                                              )
_____)

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 1st  day of  November, 2011.

JAMES R. LARSEN

District Court Executive/Clerk


by: __s/ Karen White_____
        Deputy Clerk

cc: all counsel